JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HYUNDAI MERCHANT MARINE
CO. LTD.,

               Plaintiff,

  - against -

DALIAN TIGER SHIPPING LIMITED,

               Defendant.
-------------------------------------------------------X

07 Civ. **07 CIV 8026**

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: September 13, 2007
       New York, NY

                      The Plaintiff,
                      HYUNDAI MERCHANT MARINE CO. LTD.

                      By: _____
                      Kevin J. Lennon (KL-5072)
                      Charles E. Murphy (CM 2125)

                      LENNON, MURPHY & LENNON LLC
                      The GrayBar Building
                      420 Lexington Avenue, Suite 300
                      New York, NY 10170
                      (212) 490-6050 - phone
                      (212) 490-6070 - facsimile
                      kjl@lenmur.com
                      cem@lenmur.com