CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
HYUNDAI MERCHANT MARINE CO. LTD.,    :
                                     :
                                     :
                      Plaintiff,     :     **07-CV-8026**
                                     :
            v.                       :     **NOTICE OF**
                                     :     **APPEARANCE**
DALIAN TIGER SHIPPING LIMITED.,      :
                                     :
                                     :
                                     :
                      Defendant.     :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       October 3, 2007

                      CLARK, ATCHESON & REISERT
                      Attorneys for Garnishee
                      Societe Generale New York Branch

    By: _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ 07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email: reisert@navlaw.com